ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN OPEN COURT
U.S.D.C Atlanta

JAN 2 6 2018

By: JAMES N. HATTEN
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANTE ANTIONE ROSSER | Criminal Information<br><br>No. 1:18-CR-14 |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on an unknown date, but at least in or about March 2016, and continuing until at least on or about February 23, 2017, in the Northern District of Georgia and elsewhere, the Defendant, DANTE ANTIONE ROSSER, did knowingly use a facility of interstate commerce, namely a telephone, with the intent to injure, harass, and cause substantial emotional distress to a person in another State, namely S.H in Washington, D.C., and in the course of and as a result of such use of a facility of interstate commerce, caused substantial emotional distress to S.H., in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

BYUNG J. PAK
United States Attorney

*/s/ Phyllis Clerk*
PHYLLIS CLERK
Assistant United States Attorney
Georgia Bar No. 095325

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181