

FILED IN OPEN COURT
U.S.D.C   Atlanta

JAN 2 6 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| DANTE ANTIONE ROSSER | 1:18-CR-14 |

I, DANTE ANTIONE ROSSER, the above named defendant, who is accused of Title 18, United States Code, Section 2261A(2)(B) being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on January 26, 2018 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DANTE ANTIONE ROSSER
Defendant

_____
Nicole Kaplan
Counsel for Defendant

Before _____
Judicial Officer