UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DANTE ANTONIO ROSSER

CRIMINAL CASE NO.
1:18-CR-0014-SCJ

## NOTICE OF SENTENCING DATE

**TO THE ABOVE NAMED DEFENDANT:**

By direction of the Honorable Steve C. Jones, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on , this matter is hereby set for a **SENTENCING HEARING** on **MONDAY, APRIL 23RD, 2018 AT 10:30 A.M.**, in Courtroom 1907 , United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia for imposition of sentence. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be Completed and that you report immediately to the United States Probation Office of this Court for interview and further instruction (9th Floor, U.S. Courthouse).

DATE: January 26, 2018

DEFENDANT: _[signature]_

COUNSEL: _[signature]_

JAMES N. HATTEN, CLERK

By: s/Pamela Wright
Courtroom Deputy Clerk

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the attention of the Court as soon as possible by having your attorney call Pamela Wright at 404-215-1284

cc: AUSA, defendant, counsel, USPO